W.D.N.Y.
18-cv-402
21-cv-526
Vilardo, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand twenty-three.

Present: Richard J. Sullivan,
            *Circuit Judge.*

---

James C. Kistner,

     *Plaintiff-Appellee*,         **ORDER**

  v.                 22-3058

The City of Buffalo, et al.,

     *Defendants-Appellants*.

---

Earl Kistner,

     *Plaintiff-Appellee*,

  v.                 23-175

The City of Buffalo, et al.,

     *Defendants-Appellants*.

---

The Appellees in the above-captioned tandem appeals move to dismiss both appeals for lack of jurisdiction or, alternatively, to expedite the appeals and/or designate them for summary disposition. Upon due consideration, it hereby ORDERED that, to the extent the Appellees request dismissal, the motions are REFERRED to the panel that will hear the merits of the appeals. It is further ORDERED that, to the extent the Appellees request that the appeals be expedited and/or designated for summary disposition, the motions are DENIED.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

