

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ♦ www.RuppPfalzgraf.com

CHAD A. DAVENPORT
Davenport@RuppPfalzgraf.com

February 5, 2024

*Via ECF*

Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse, 40 Foley Square
New York, New York 10007

Dear Ms. Wolfe:

    RE: *Kistner v. City of Buffalo, et al.*
       Appeal Nos.: 22-3058 and 23-0175
       Our File Nos.: 4246.23224 and 5669.28631

   I represent the plaintiffs-appellees in both of the above matters. I write to inform the Court that, in addition to the dates provided in my Local Rule 34.1(a) Oral Argument Statements, I will be unavailable February 12-16, 2024, March 14, and 21-25, 2024, April 25-26, 2024, May 17 and 20, 2024, and July 26 – August 5, 2024. Thank you for your attention to this matter.

            Respectfully submitted,

            *s/Chad A. Davenport*

            Chad A. Davenport, Esq.

cc:  Counsel of record (via ECF)